PSS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA                UNSEALING ORDER

    -against-                          08-M-1065

KEMO SYLLA, et al.,

    Defendants.

----------------------------------X

EASTERN DISTRICT OF NEW YORK, SS:

    Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Patrick Sean Sinclair, for an order unsealing the criminal complaint in the above-captioned matter as to the defendants KEMO SYLLA, also known as "Kemo Sulla," SEIDOU MFOMBOUTMOUN, MAMADI DOUMBOUYA, also known as "Doumbouya Mamadi," Kalou Fofana," "Mohammed Coumbouya," "Maryau Coyate," "Doumbia Mamadi," "Mamadi Doubia," and "Mama Doumbouya," BANDJAN SIDIME, also known as "Bandia Sidime," "Badjan Sidime," and "Ali Bandia Sidime," DRISSA DIANE, also known as "Idrissa Diane," "Diane Idrissa," "Diane Idrisso," and "Johnny," and MAMADOU KONE, also known as "Mamady Kone," "Kone Mamady," and "M. Amadou Konate,"

    IT IS HEREBY ORDERED that the complaint in the above-captioned matter be unsealed as to the defendants KEMO SYLLA, also known as "Kemo Sulla," SEIDOU MFOMBOUTMOUN, MAMADI

DOUMBOUYA, also known as "Doumbouya Mamadi," Kalou Fofana," "Mohammed Coumbouya," "Maryau Coyate," "Doumbia Mamadi," "Mamadi Doubia," and "Mama Doumbouya," BANDJAN SIDIME, also known as "Bandia Sidime," "Badjan Sidime," and "Ali Bandia Sidime," DRISSA DIANE, also known as "Idrissa Diane," "Diane Idrissa," "Diane Idrisso," and "Johnny," and MAMADOU KONE, also known as "Mamady Kone," "Kone Mamady," and "M. Amadou Konate."

Dated:   Brooklyn, New York
         December 3, 2008

*Robert Levy*

———————————————
THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK