

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LMN:VR
F.#2006R02367

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 17, 2010

**By ECF and Hand Delivery**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Kemo Sylla et al.
           Criminal Docket No. 08-906 (KAM)

Dear Judge Matsumoto:

    A Fatico hearing in the above-captioned matter, for defendants Kemo Sylla, Mamadi Doumbouya, and Drissa Diane, is currently scheduled for July 16, 2010.  The government has been informed by the Probation Department that the Presentence Investigation Reports ("PSRs") for these defendants will not be completed until mid to late July.  Accordingly, in the interests of focusing the issues at the Fatico hearing, as well as obviating the need for a second Fatico hearing after the PSRs are issued, the parties jointly request that the Fatico hearing scheduled for July 16 be adjourned to either September 27, 29 or 30.

If the Court grants this request, the parties also request that the briefing schedule be amended as follows: initial briefs due by September 13, 2010, with any replies due by September 20, 2010.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

By:     /s/
        SreeVamshi C. Reddy
        Patrick Sean Sinclair
        Assistant United States Attorneys
        (718) 254-6276

cc: Michael Hueston, Esq. (by ECF)
    Zachary Margulis-Ohnuma, Esq. (by ECF)
    Anthony L. Ricco, Esq. (by ECF)
    Clerk of Court (KAM)